FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 26 2019

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
CARLOS NEWELL,                  :
                                :
        Movant                  :    CRIMINAL ACTION FILE
                                :    NO. 1:16-CR-360-ODE-JFK
v.                              :
                                :    CIVIL ACTION FILE NO.
UNITED STATES OF AMERICA,       :    1:18-CV-4499-ODE-JFK
                                :
        Respondent              :
```

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Janet F. King filed May 22, 2019 ("R&R") [Doc. 68].  No objections have been filed.

After a thorough analysis, Judge King recommends that Movant's motion to vacate, set aside, or correct his federal sentence, as amended [Docs. 55, 63] be denied and that a certificate of appealability ("COA") be denied.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court.  For the reasons set forth in the R&R, Movant's motion to vacate, set aside, or correct his federal sentence, as amended [Doc. 55, 63] is DENIED and a COA is DENIED.

SO ORDERED, this __25__ day of June, 2019.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE